UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRONTIER PAPER AND PACKAGING INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:06-cv-1485-SEB-JPG |
| E&S PAPER CO. d/b/a DELTA PACKAGING PRODUCTS, INC., et al.,, | ) ) ) | |
| Defendants, | ) | |

## AMENDED ORDER OF TRANSFER TO
## THE CENTRAL DISTRICT OF CALIFORNIA

Pursuant to our entry of this date, the Clerk of the Court is hereby directed to transfer all claims brought by Plaintiff against E & S Paper Co. d/b/a Delta Packaging Products, Inc.; and Insulated Products Corporation d/b/a Insulated Packaging, Inc. to the Central District of California and all claims against these two defendants are hereby dismissed from this litigation.  IT IS SO ORDERED.

Date: ___06/22/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Vincent J. Belusko
MORRISON & FOERSTER LLP
vbelusko@mofo.com

Spiro Bereveskos
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
judy@uspatent.com

Quentin Gareth Cantrell
WOODARD EMHARDT NAUGHTON MORIARTY & MCNETT
qcantrell@uspatent.com

Jeeyeon Han
TROJAN LAW OFFICE
han@trojanlawoffices.com

Teresa E. Knight
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
tknight@uspatent.com

David M. Lockman
MAGINOT MOORE & BECK
dmlockman@maginot.com

Brian F. McMahon
MORRISON & FOERSTER LLP
bmcmahon@mofo.com

Harold C. Moore
MAGINOT MOORE & BECK
hcmoore@maginot.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Robert E. Rohde
ROHDE & VAN KAMPEN PLLC
brohde@rohdelaw.com

R. Joseph Trojan
TROJAN LAW OFFICES
trojan@trojanlawoffices.com

Stephen Lewis Vaughan
INDIANO VAUGHAN ROBERTS & FILOMENA
steve@iplawindiana.com

James Douglas Wood
MAGINOT MOORE & BECK
jdwood@maginot.com