UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| FRONTIER PAPER AND PACKAGING, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:06-cv-1485-SEB-JPG |
| | ) | |
| E & S PAPER CO. d/b/a DELTA PACKAGING PRODUCTS, INC., et al., | ) ) ) | |
| Defendants, | ) | |

**AMENDED ORDER OF TRANSFER
TO THE WESTERN DISTRICT OF WASHINGTON**

Pursuant to our entry of this date, the Clerk of the Court is hereby directed to transfer all claims brought by Plaintiff against Washington Packaging Supply, Inc. to the Western District of Washington and all claims against this defendant are hereby dismissed from this litigation.  IT IS SO ORDERED.

Date: ___06/22/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:


Vincent J. Belusko
MORRISON & FOERSTER LLP
vbelusko@mofo.com

Spiro Bereveskos
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
judy@uspatent.com

Quentin Gareth Cantrell
WOODARD EMHARDT NAUGHTON MORIARTY & MCNETT
qcantrell@uspatent.com

Jeeyeon Han
TROJAN LAW OFFICE
han@trojanlawoffices.com

Teresa E. Knight
WOODARD EMHARDT MORIARTY MCNETT & HENRY, LLP
tknight@uspatent.com

David M. Lockman
MAGINOT MOORE & BECK
dmlockman@maginot.com

Brian F. McMahon
MORRISON & FOERSTER LLP
bmcmahon@mofo.com

Harold C. Moore
MAGINOT MOORE & BECK
hcmoore@maginot.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Robert E. Rohde
ROHDE & VAN KAMPEN PLLC
brohde@rohdelaw.com

R. Joseph Trojan
TROJAN LAW OFFICES
trojan@trojanlawoffices.com

Stephen Lewis Vaughan
INDIANO VAUGHAN ROBERTS & FILOMENA
steve@iplawindiana.com

James Douglas Wood
MAGINOT MOORE & BECK
jdwood@maginot.com